Ira Bodenstein
Shaw Fishman
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861
    Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: GOODEN, DARYA | § | Case No. 17-05576 |
|     GOODEN, ANGELA | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on February 27, 2017.  The undersigned trustee was appointed on February 27, 2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $    6,637.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 70.99 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 6,566.01 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/06/2017 and the deadline for filing governmental claims was 08/26/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,413.70. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,413.70, for a total compensation of $1,413.70.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $32.64, for total expenses of $32.64.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/13/2017          By:/s/Ira Bodenstein
                              Trustee

---

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 17-05576  
**Case Name:** GOODEN, DARYA  
GOODEN, ANGELA  
**Period Ending:** 11/13/17

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 02/27/17 (f)  
**§341(a) Meeting Date:** 03/30/17  
**Claims Bar Date:** 07/06/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 18513 Willow Lane, Lansing, IL 60438-0000, Cook<br>Orig. Description: 18513 Willow Lane, Lansing, IL 60438-0000, Cook County<br>Single-family home<br>Entire property value: $184,779.00; Imported from original petition Doc# 1; Exemption: 18513 Willow Lane Lansing, IL 60438 Cook County  -  Amount: 30000.00; Lien: Opened 08/08 Last Active 12/22/16<br>Other (including a right to offset): Mortgage<br>18513 Willow Lane Lansing, IL 60438 Cook County Value $184,779.00  -  Amount: 189926.00 | 184,779.00 | 0.00 | | 0.00 | FA |
| 2 | 2511 E. 95th Place, Chicago, IL 60617-0000, Cook<br>Orig. Description: 2511 E. 95th Place, Chicago, IL 60617-0000, Cook County<br>Single-family home, Investment property<br>Entire property value: $18,795.00; Imported from original petition Doc# 1; Lien: Opened 08/07 Last Active 1/03/17<br>2511 E. 95th Place Chicago, IL 60617 Cook County Value $18,795.00  -  Amount: 45072.00 | 18,795.00 | 0.00 | | 0.00 | FA |
| 3 | Cash<br>Orig. Description: Cash; Imported from original petition Doc# 1; Exemption: Cash  -  Amount: 34.00 | 34.00 | 0.00 | | 0.00 | FA |
| 4 | Checking: Citibank Checking<br><br>Orig. Description: Checking: Citibank Checking; Imported from original petition Doc# 1 | 0.00 | 1.00 | | 0.00 | FA |
| 5 | Checking: MB Financial Bank<br><br>Orig. Description: Checking: MB Financial Bank; Imported from original petition Doc# 1; Exemption: Checking: MB Financial Bank  -  Amount: 7319.00 | 13,956.86 | 0.00 | | 6,637.00 | FA |
| 6 | Checking: Chase Bank<br>Orig. Description: Checking: Chase Bank; Imported from original petition Doc# 1; Exemption: Checking: Chase Bank  -  Amount: 35.00 | 35.00 | 0.00 | | 0.00 | FA |

Printed: 11/13/2017 04:47 PM    V.13.30

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 17-05576  
**Case Name:** GOODEN, DARYA  
GOODEN, ANGELA  
**Period Ending:** 11/13/17

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 02/27/17 (f)  
**§341(a) Meeting Date:** 03/30/17  
**Claims Bar Date:** 07/06/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 7 | Deposits of money: CitiBank Saving<br>    Orig. Description: Deposits of money: CitiBank Saving; Imported from original petition Doc# 1; Exemption: CitiBank Saving - Amount: 12.00 | 12.00 | 0.00 | | 0.00 | FA |
| 8 | Misc used household goods and furnishings, inclu<br>    Orig. Description: Misc used household goods and furnishings, including: Sofa, Coffee Table, End Tables, Dining Table/Chairs, Refrigerator/Freezer, Stove, Microwave, Dishwasher,Pots/Pans, Dishes/Flatware, Vacuum, Coffee Maker, 3 Beds Sets, 2 Lamps, 6 Dressers and BBQ Grill.; Imported from original petition Doc# 1; Exemption: Misc used household goods and furnishings, including: Sofa, Coffee Table, End Tables, Dining Table/Chairs, Refrigerator/Freezer, Stove, Microwave, Dishwasher,Pots/Pans, Dishes/Flatware, Vacuum, Coffee Maker, 3 Beds Sets, 2 Lamps, 6 Dressers and BBQ Grill.  -  Amount: 300.00 | 300.00 | 0.00 | | 0.00 | FA |
| 9 | 2 Television, DVD Player, Computer, Printer, Ste<br>    Orig. Description: 2 Television, DVD Player, Computer, Printer, Stereo; Imported from original petition Doc# 1; Exemption: 2 Television, DVD Player, Computer, Printer, Stereo - Amount: 150.00 | 150.00 | 0.00 | | 0.00 | FA |
| 10 | Necessary Wearing Apparel<br>    Orig. Description: Necessary Wearing Apparel; Imported from original petition Doc# 1; Exemption: Necessary Wearing Apparel  -  Amount: 800.00 | 800.00 | 0.00 | | 0.00 | FA |
| 11 | 2 Men's Retain Wrist Watches and Various Women's<br>    Orig. Description: 2 Men's Retain Wrist Watches and Various Women's Costume Jewelry; Imported from original petition Doc# 1; Exemption: 2 Men's Retain Wrist Watches and Various Women's Costume Jewelry  -  Amount: 150.00 | 150.00 | 0.00 | | 0.00 | FA |
| 12 | Matching set of Wedding Bands<br>    Orig. Description: Matching set of Wedding Bands; Imported from original petition Doc# 1; Exemption: | 300.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 17-05576 | **Trustee:** (330129) Ira Bodenstein | |
| **Case Name:** GOODEN, DARYA | **Filed (f) or Converted (c):** 02/27/17 (f) | |
| GOODEN, ANGELA | **§341(a) Meeting Date:** 03/30/17 | |
| **Period Ending:** 11/13/17 | **Claims Bar Date:** 07/06/17 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Matching set of Wedding Bands - Amount: 300.00 | | | | | |
| 13 | Whole Life Policy provided by Allstate Insurance<br>Orig. Description: Whole Life Policy provided by Allstate Insurance: Angela Gooden; Imported from original petition Doc# 1 | 2,200.00 | 0.00 | | 0.00 | FA |
| 14 | Whole Life Policy provided by Allstate Insurance<br>Orig. Description: Whole Life Policy provided by Allstate Insurance: Darya Gooden; Imported from original petition Doc# 1; Exemption: Whole Life Policy provided by Allstate Insurance Beneficiary: Angela Gooden - Amount: 2200.00; Exemption: Whole Life Policy provided by Allstate Insurance Beneficiary: Darya Gooden - Amount: 2200.00 | 2,200.00 | 0.00 | | 0.00 | FA |
| 15 | IRA: Wells Fargo Advisors<br>Orig. Description: IRA: Wells Fargo Advisors; Imported from original petition Doc# 1; Exemption: IRA: Wells Fargo Advisors - Amount: 442140.41 | 442,140.41 | 0.00 | | 0.00 | FA |
| 16 | 2013 Toyota Rav4, 70000 miles. Entire property v<br>Orig. Description: 2013 Toyota Rav4, 70000 miles. Entire property value: $12,800.00; Imported from original petition Doc# 1; Lien: Opened 6/15/13 Last Active 1/20/17<br>Other (including a right to offset): Purchase Money Security Interest<br>2013 Toyota Rav 4 70000 miles<br>Value $12,800.00 - Amount: 17658.00 | 12,800.00 | 0.00 | | 0.00 | FA |
| 17 | 2006 Chevrolet Equinox, 150000 miles. Entire pro<br>Orig. Description: 2006 Chevrolet Equinox, 150000 miles. Entire property value: $2,000.00; Imported from original petition Doc# 1; Exemption: 2006 Chevrolet Equinox 150000 miles - Amount: 2400.00 | 2,000.00 | 0.00 | | 0.00 | FA |
| 17 | **Assets** Totals (Excluding unknown values) | **$680,652.27** | **$1.00** | | **$6,637.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

3/31/2017- Trustee awaiting claims bar date (7/06/2017).

Exhibit A

# Form 1
### Individual Estate Property Record and Report
### Asset Cases

Page: 4

**Case Number:** 17-05576  
**Case Name:** GOODEN, DARYA  
GOODEN, ANGELA  
**Period Ending:** 11/13/17

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 02/27/17 (f)  
**§341(a) Meeting Date:** 03/30/17  
**Claims Bar Date:** 07/06/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2017  **Current Projected Date Of Final Report (TFR):** December 31, 2017

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 17-05576  
**Case Name:** GOODEN, DARYA  
GOODEN, ANGELA  
**Taxpayer ID #:** **-***5530  
**Period Ending:** 11/13/17  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1866 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/03/17 | {5} | Darya Gooden | Turnover of Non-Exempt funds in Citibank Account | 1129-000 | 6,637.00 | | 6,637.00 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,627.00 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.48 | 6,616.52 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,606.52 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,596.52 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.43 | 6,586.09 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,576.09 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.08 | 6,566.01 |
| | | | **ACCOUNT TOTALS** | | 6,637.00 | 70.99 | $6,566.01 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 6,637.00 | 70.99 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $6,637.00 | $70.99 | |

Net Receipts :          6,637.00  
Net Estate :          $6,637.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******1866 | 6,637.00 | 70.99 | 6,566.01 |
| | $6,637.00 | $70.99 | $6,566.01 |

{} Asset reference(s)

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 6, 2017

**Case Number:** 17-05576
**Debtor Name:** GOODEN, DARYA

Page: 1

**Date:** November 13, 2017
**Time:** 04:47:40 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $32.64 | $0.00 | 32.64 |
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $1,413.70 | $0.00 | 1,413.70 |
| NOTFILED 100 | Carrington Mortgage Se<br>1600 S Douglass Rd Ste<br>Anaheim, CA 92806 | Secured | 7617 | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Ditech<br>Attn: Bankruptcy<br>Po Box 6172<br>Rapid City, SD 57709 | Secured | 5770 | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Toyota Financial Services<br>Toyota Financial, Services<br>Po Box 8026<br>Cedar Rapids, IA 52409 | Secured | 0001 | $0.00 | $0.00 | 0.00 |
| 1 610 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | 8673 | $3,431.75 | $0.00 | 3,431.75 |
| 2 610 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | 3539 | $141.76 | $0.00 | 141.76 |
| 3 610 | NAVIENT PC TRUST<br>C/O Navient Solutions, LLC.<br>PO BOX 9640<br>Wilkes-Barre, PA 18773-9640 | Unsecured | 8407 | $41,425.87 | $0.00 | 41,425.87 |
| 4 610 | NAVIENT PC TRUST<br>C/O Navient Solutions, LLC.<br>PO BOX 9640<br>Wilkes-Barre, PA 18773-9640 | Unsecured | 8415 | $33,980.13 | $0.00 | 33,980.13 |
| 5 610 | NAVIENT PC TRUST<br>C/O Navient Solutions, LLC.<br>PO BOX 9640<br>Wilkes-Barre, PA 18773-9640 | Unsecured | 8431 | $11,414.83 | $0.00 | 11,414.83 |
| 6 610 | TD Bank, USA<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Unsecured | 1073 | $679.70 | $0.00 | 679.70 |
| 7 610 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | 3852 | $3,919.91 | $0.00 | 3,919.91 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 6, 2017

**Case Number:** 17-05576　　　　　　　　　　Page: 2　　　　　　　　　　**Date:** November 13, 2017
**Debtor Name:** GOODEN, DARYA　　　　　　　　　　　　　　　　　　　　　**Time:** 04:47:40 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 8 610 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | Unsecured | 1250 | $104.58 | $0.00 | 104.58 |
| 9 610 | Capital One, N.A. c/o Becket and Lee LLP PO Box 3001 Malvern, PA 19355-0701 | Unsecured | 9428 | $29.43 | $0.00 | 29.43 |
| 10 610 | PYOD, LLC as assignee of Citibank, N.A. Resurgent Capital Services, PO Box 19008 Greenville, SC 29602 | Unsecured | 8380 | $6,193.93 | $0.00 | 6,193.93 |
| 11 610 | Citibank, N.A. c/o Quantum3 Group LLC PO Box 280 Kirkland, WA 98083-0280 | Unsecured | 1640 | $8,065.13 | $0.00 | 8,065.13 |
| 12 610 | Department Stores National Bank c/o Quantum3 Group LLC PO Box 657 Kirkland, WA 98083-0657 | Unsecured | 3140 | $785.24 | $0.00 | 785.24 |
| 13 610 | PYOD, LLC, as assignee of Citibank, N.A. Resurgent Capital Services, PO Box 19008 Greenville, SC 29602 | Unsecured | 5725 | $7,826.69 | $0.00 | 7,826.69 |
| 14 610 | Synchrony Bank c/o PRA Receivables Management, LLC PO Box 41021 Norfolk, VA 23541 | Unsecured | 2610 | $1,500.96 | $0.00 | 1,500.96 |
| 15 610 | Synchrony Bank c/o PRA Receivables Management, LLC PO Box 41021 Norfolk, VA 23541 | Unsecured | 2523 | $515.43 | $0.00 | 515.43 |
| 16 610 | Synchrony Bank c/o PRA Receivables Management, LLC PO Box 41021 Norfolk, VA 23541 | Unsecured | 1326 | $281.75 | $0.00 | 281.75 |
| 17 610 | Synchrony Bank c/o PRA Receivables Management, LLC PO Box 41021 Norfolk, VA 23541 | Unsecured |  | $161.21 | $0.00 | 161.21 |
| NOTFILED 610 | Chase Card Attn: Correspondence Po Box 15298 Wilmington, DE 19850 | Unsecured | 3986 | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 6, 2017

**Case Number:** 17-05576  
**Debtor Name:** GOODEN, DARYA

Page: 3

**Date:** November 13, 2017  
**Time:** 04:47:40 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Chase Card<br>Attn: Correspondence<br>Po Box 15298<br>Wilmington, DE 19850 | Unsecured | 2638 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Citibank /Sears<br>Citicorp Credit Services/Attn:, Centrali<br>Po Box 790040<br>Saint Louis, MO 63179 | Unsecured | 5952 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Citibankna<br>Po Box 769006<br>San Antonio, TX 78245 | Unsecured | 9367 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Citibankna<br>Po Box 769006<br>San Antonio, TX 78245 | Unsecured | 9359 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Citicards Cbna<br>Citicorp Credit Svc/Centralized, Bankrup<br>Po Box 790040<br>Saint Louis, MO 63179 | Unsecured | 0791 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Huntington Natl Bk<br>Bankruptcy Notifications<br>Po Box 340996<br>Columbus, OH 43234 | Unsecured | 0352 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Huntington Natl Bk<br>Bankruptcy Notifications<br>Po Box 340996<br>Columbus, OH 43234 | Unsecured | 4240 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Synchrony Bank/ JC Penneys<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896 | Unsecured | 4751 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Wells Fargo<br>Wells Fargo Bank<br>Po Box 5185<br>Sioux Falls, SD 57117 | Unsecured | 0001 | $0.00 | $0.00 | 0.00 |
| << Totals >> | | | | 121,904.64 | 0.00 | 121,904.64 |

**TRUSTEE'S PROPOSED DISTRIBUTION**   Exhibit D

Case No.: 17-05576
Case Name: GOODEN, DARYA
Trustee Name: Ira Bodenstein

**Balance on hand:**   $   6,566.01

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   6,566.01

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 1,413.70 | 0.00 | 1,413.70 |
| Trustee, Expenses - Ira Bodenstein | 32.64 | 0.00 | 32.64 |

Total to be paid for chapter 7 administration expenses:   $   1,446.34
Remaining balance:   $   5,119.67

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   5,119.67

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $   0.00
Remaining balance:   $   5,119.67

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 120,458.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 3,431.75 | 0.00 | 145.86 |
| 2 | Quantum3 Group LLC as agent for | 141.76 | 0.00 | 6.03 |
| 3 | NAVIENT PC TRUST | 41,425.87 | 0.00 | 1,760.67 |
| 4 | NAVIENT PC TRUST | 33,980.13 | 0.00 | 1,444.21 |
| 5 | NAVIENT PC TRUST | 11,414.83 | 0.00 | 485.15 |
| 6 | TD Bank, USA | 679.70 | 0.00 | 28.89 |
| 7 | Quantum3 Group LLC as agent for | 3,919.91 | 0.00 | 166.60 |
| 8 | Quantum3 Group LLC as agent for | 104.58 | 0.00 | 4.44 |
| 9 | Capital One, N.A. | 29.43 | 0.00 | 1.25 |
| 10 | PYOD, LLC as assignee | 6,193.93 | 0.00 | 263.25 |
| 11 | Citibank, N.A. | 8,065.13 | 0.00 | 342.78 |
| 12 | Department Stores National Bank | 785.24 | 0.00 | 33.37 |
| 13 | PYOD, LLC, as assignee | 7,826.69 | 0.00 | 332.65 |
| 14 | Synchrony Bank | 1,500.96 | 0.00 | 63.79 |
| 15 | Synchrony Bank | 515.43 | 0.00 | 21.91 |
| 16 | Synchrony Bank | 281.75 | 0.00 | 11.97 |
| 17 | Synchrony Bank | 161.21 | 0.00 | 6.85 |

Total to be paid for timely general unsecured claims: $ 5,119.67
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**