# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: GOODEN, DARYA § Case No. 17-05576
      GOODEN, ANGELA § 
       §
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $666,695.41      Assets Exempt: $488,040.41
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,119.67    Claims Discharged
                                                  Without Payment: $202,878.63

Total Expenses of Administration: $1,517.33

---

    3) Total gross receipts of $ 6,637.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,637.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $252,656.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,517.33 | 1,517.33 | 1,517.33 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 206,642.00 | 120,458.30 | 120,458.30 | 5,119.67 |
| **TOTAL DISBURSEMENTS** | $459,298.00 | $121,975.63 | $121,975.63 | $6,637.00 |

    4) This case was originally filed under Chapter 7 on February 27, 2017. The case was pending for 15 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/26/2018          By: /s/Ira Bodenstein
                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking: MB Financial Bank | 1129-000 | 6,637.00 |
| **TOTAL GROSS RECEIPTS** | | **$6,637.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Carrington Mortgage Se | 4110-000 | 189,926.00 | N/A | N/A | 0.00 |
| NOTFILED | Ditech | 4110-000 | 45,072.00 | N/A | N/A | 0.00 |
| NOTFILED | Toyota Financial Services | 4110-000 | 17,658.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$252,656.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Ira Bodenstein | 2100-000 | N/A | 1,413.70 | 1,413.70 | 1,413.70 |
| Trustee Expenses - Ira Bodenstein | 2200-000 | N/A | 32.64 | 32.64 | 32.64 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.48 | 10.48 | 10.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.43 | 10.43 | 10.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.08 | 10.08 | 10.08 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$1,517.33** | **$1,517.33** | **$1,517.33** |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 3,635.00 | 3,431.75 | 3,431.75 | 145.86 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | 112.00 | 141.76 | 141.76 | 6.03 |
| 3 | NAVIENT PC TRUST | 7100-000 | 40,963.00 | 41,425.87 | 41,425.87 | 1,760.67 |
| 4 | NAVIENT PC TRUST | 7100-000 | 33,462.00 | 33,980.13 | 33,980.13 | 1,444.21 |
| 5 | NAVIENT PC TRUST | 7100-000 | 11,287.00 | 11,414.83 | 11,414.83 | 485.15 |
| 6 | TD Bank, USA | 7100-000 | 641.00 | 679.70 | 679.70 | 28.89 |
| 7 | Quantum3 Group LLC as agent for | 7100-000 | 3,813.00 | 3,919.91 | 3,919.91 | 166.60 |
| 8 | Quantum3 Group LLC as agent for | 7100-000 | 75.00 | 104.58 | 104.58 | 4.44 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | Capital One, N.A. | 7100-000 | 55.00 | 29.43 | 29.43 | 1.25 |
| 10 | PYOD, LLC as assignee | 7100-000 | 6,100.00 | 6,193.93 | 6,193.93 | 263.25 |
| 11 | Citibank, N.A. | 7100-000 | 8,104.00 | 8,065.13 | 8,065.13 | 342.78 |
| 12 | Department Stores National Bank | 7100-000 | 743.00 | 785.24 | 785.24 | 33.37 |
| 13 | PYOD, LLC, as assignee | 7100-000 | 7,910.00 | 7,826.69 | 7,826.69 | 332.65 |
| 14 | Synchrony Bank | 7100-000 | 1,500.00 | 1,500.96 | 1,500.96 | 63.79 |
| 15 | Synchrony Bank | 7100-000 | 402.00 | 515.43 | 515.43 | 21.91 |
| 16 | Synchrony Bank | 7100-000 | 300.00 | 281.75 | 281.75 | 11.97 |
| 17 | Synchrony Bank | 7100-000 | N/A | 161.21 | 161.21 | 6.85 |
| NOTFILED | Citibank /Sears | 7100-000 | 8,464.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Card | 7100-000 | 6,572.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Card | 7100-000 | 12,887.00 | N/A | N/A | 0.00 |
| NOTFILED | Citicards Cbna | 7100-000 | 6,851.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibankna | 7100-000 | 18,950.00 | N/A | N/A | 0.00 |
| NOTFILED | Synchrony Bank/ JC Penneys | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo | 7100-000 | 4,369.00 | N/A | N/A | 0.00 |
| NOTFILED | Huntington Natl Bk | 7100-000 | 10,412.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibankna | 7100-000 | 6,670.00 | N/A | N/A | 0.00 |
| NOTFILED | Huntington Natl Bk | 7100-000 | 11,965.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$206,642.00** | **$120,458.30** | **$120,458.30** | **$5,119.67** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-05576  
**Case Name:** GOODEN, DARYA  
　　　　　　　GOODEN, ANGELA  
**Period Ending:** 05/26/18

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 02/27/17 (f)  
**§341(a) Meeting Date:** 03/30/17  
**Claims Bar Date:** 07/06/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 18513 Willow Lane, Lansing, IL 60438-0000, Cook<br>　Orig. Description: 18513 Willow Lane, Lansing, IL 60438-0000, Cook County<br>Single-family home<br>Entire property value: $184,779.00; Imported from original petition Doc# 1; Exemption: 18513 Willow Lane Lansing, IL 60438 Cook County - Amount: 30000.00; Lien: Opened 08/08 Last Active 12/22/16 Other (including a right to offset): Mortgage<br>18513 Willow Lane Lansing, IL 60438 Cook County Value $184,779.00 - Amount: 189926.00 | 184,779.00 | 0.00 | | 0.00 | FA |
| 2 | 2511 E. 95th Place, Chicago, IL 60617-0000, Cook<br>　Orig. Description: 2511 E. 95th Place, Chicago, IL 60617-0000, Cook County<br>Single-family home, Investment property<br>Entire property value: $18,795.00; Imported from original petition Doc# 1; Lien: Opened 08/07 Last Active 1/03/17<br>2511 E. 95th Place Chicago, IL 60617 Cook County Value $18,795.00 - Amount: 45072.00 | 18,795.00 | 0.00 | | 0.00 | FA |
| 3 | Cash<br>　Orig. Description: Cash; Imported from original petition Doc# 1; Exemption: Cash - Amount: 34.00 | 34.00 | 0.00 | | 0.00 | FA |
| 4 | Checking: Citibank Checking<br><br>Orig. Description: Checking: Citibank Checking; Imported from original petition Doc# 1 | 0.00 | 1.00 | | 0.00 | FA |
| 5 | Checking: MB Financial Bank<br><br>Orig. Description: Checking: MB Financial Bank; Imported from original petition Doc# 1; Exemption: Checking: MB Financial Bank - Amount: 7319.00 | 13,956.86 | 0.00 | | 6,637.00 | FA |
| 6 | Checking: Chase Bank<br>　Orig. Description: Checking: Chase Bank; Imported from original petition Doc# 1; Exemption: Checking: Chase Bank - Amount: 35.00 | 35.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-05576  
**Case Name:** GOODEN, DARYA  
GOODEN, ANGELA  
**Period Ending:** 05/26/18

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 02/27/17 (f)  
**§341(a) Meeting Date:** 03/30/17  
**Claims Bar Date:** 07/06/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 7 | Deposits of money: CitiBank Saving<br>   Orig. Description: Deposits of money: CitiBank Saving; Imported from original petition Doc# 1; Exemption: CitiBank Saving  -  Amount: 12.00 | 12.00 | 0.00 | | 0.00 | FA |
| 8 | Misc used household goods and furnishings, inclu<br>   Orig. Description: Misc used household goods and furnishings, including: Sofa, Coffee Table, End Tables, Dining Table/Chairs, Refrigerator/Freezer, Stove, Microwave, Dishwasher,Pots/Pans, Dishes/Flatware, Vacuum, Coffee Maker, 3 Beds Sets, 2 Lamps, 6 Dressers and BBQ Grill.; Imported from original petition Doc# 1; Exemption: Misc used household goods and furnishings, including: Sofa, Coffee Table, End Tables, Dining Table/Chairs, Refrigerator/Freezer, Stove, Microwave, Dishwasher,Pots/Pans, Dishes/Flatware, Vacuum, Coffee Maker, 3 Beds Sets, 2 Lamps, 6 Dressers and BBQ Grill.  -  Amount: 300.00 | 300.00 | 0.00 | | 0.00 | FA |
| 9 | 2 Television, DVD Player, Computer, Printer, Ste<br>   Orig. Description: 2 Television, DVD Player, Computer, Printer, Stereo; Imported from original petition Doc# 1; Exemption: 2 Television, DVD Player, Computer, Printer, Stereo  -  Amount: 150.00 | 150.00 | 0.00 | | 0.00 | FA |
| 10 | Necessary Wearing Apparel<br>   Orig. Description: Necessary Wearing Apparel; Imported from original petition Doc# 1; Exemption: Necessary Wearing Apparel  -  Amount: 800.00 | 800.00 | 0.00 | | 0.00 | FA |
| 11 | 2 Men's Retain Wrist Watches and Various Women's<br>   Orig. Description: 2 Men's Retain Wrist Watches and Various Women's Costume Jewelry; Imported from original petition Doc# 1; Exemption: 2 Men's Retain Wrist Watches and Various Women's Costume Jewelry  -  Amount: 150.00 | 150.00 | 0.00 | | 0.00 | FA |
| 12 | Matching set of Wedding Bands<br>   Orig. Description: Matching set of Wedding Bands; Imported from original petition Doc# 1; Exemption: | 300.00 | 0.00 | | 0.00 | FA |

Printed: 05/26/2018 09:54 AM    V.13.32

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-05576  
**Case Name:** GOODEN, DARYA  
　　　　　　　GOODEN, ANGELA  
**Period Ending:** 05/26/18

**Trustee:** (330129)　Ira Bodenstein  
**Filed (f) or Converted (c):** 02/27/17 (f)  
**§341(a) Meeting Date:** 03/30/17  
**Claims Bar Date:** 07/06/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Matching set of Wedding Bands  -  Amount: 300.00 |  |  |  |  |  |
| 13 | Whole Life Policy provided by Allstate Insurance<br>　Orig. Description: Whole Life Policy provided by Allstate Insurance: Angela Gooden; Imported from original petition Doc# 1 | 2,200.00 | 0.00 |  | 0.00 | FA |
| 14 | Whole Life Policy provided by Allstate Insurance<br>　Orig. Description: Whole Life Policy provided by Allstate Insurance: Darya Gooden; Imported from original petition Doc# 1; Exemption: Whole Life Policy provided by Allstate Insurance Beneficiary: Angela Gooden  -  Amount: 2200.00; Exemption: Whole Life Policy provided by Allstate Insurance Beneficiary: Darya Gooden  -  Amount: 2200.00 | 2,200.00 | 0.00 |  | 0.00 | FA |
| 15 | IRA: Wells Fargo Advisors<br>　Orig. Description: IRA: Wells Fargo Advisors; Imported from original petition Doc# 1; Exemption: IRA: Wells Fargo Advisors  -  Amount: 442140.41 | 442,140.41 | 0.00 |  | 0.00 | FA |
| 16 | 2013 Toyota Rav4, 70000 miles. Entire property v<br>　Orig. Description: 2013 Toyota Rav4, 70000 miles. Entire property value: $12,800.00; Imported from original petition Doc# 1; Lien: Opened 6/15/13 Last Active 1/20/17<br>Other (including a right to offset): Purchase Money Security Interest<br>2013 Toyota Rav 4 70000 miles<br>Value $12,800.00  -  Amount: 17658.00 | 12,800.00 | 0.00 |  | 0.00 | FA |
| 17 | 2006 Chevrolet Equinox, 150000 miles. Entire pro<br>　Orig. Description: 2006 Chevrolet Equinox, 150000 miles. Entire property value: $2,000.00; Imported from original petition Doc# 1; Exemption: 2006 Chevrolet Equinox 150000 miles  -  Amount: 2400.00 | 2,000.00 | 0.00 |  | 0.00 | FA |
| 17 | **Assets　Totals** (Excluding unknown values) | **$680,652.27** | **$1.00** |  | **$6,637.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

　　3/31/2017- Trustee awaiting claims bar date (7/06/2017).

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 4

**Case Number:** 17-05576　　　　　　　　　　**Trustee:** (330129)　Ira Bodenstein
**Case Name:** GOODEN, DARYA　　　　　　　**Filed (f) or Converted (c):** 02/27/17 (f)
　　　　　　　GOODEN, ANGELA　　　　　　　**§341(a) Meeting Date:** 03/30/17
**Period Ending:** 05/26/18　　　　　　　　　**Claims Bar Date:** 07/06/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

3/23/2018- Waiting for checks to clear to file TDR

**Initial Projected Date Of Final Report (TFR):**　　December 31, 2017　　　　**Current Projected Date Of Final Report (TFR):**　　November 27, 2017  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 17-05576 | | **Trustee:** | Ira Bodenstein (330129) |
|---|---|---|---|---|
| **Case Name:** | GOODEN, DARYA | | **Bank Name:** | Rabobank, N.A. |
| | GOODEN, ANGELA | | **Account:** | ******1866 - Checking Account |
| **Taxpayer ID #:** | **-***5530 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 05/26/18 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/03/17 | {5} | Darya Gooden | Turnover of Non-Exempt funds in Citibank Account | 1129-000 | 6,637.00 | | 6,637.00 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,627.00 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.48 | 6,616.52 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,606.52 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,596.52 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.43 | 6,586.09 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,576.09 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.08 | 6,566.01 |
| 01/15/18 | 101 | Ira Bodenstein | Dividend paid 100.00% on $32.64, Trustee Expenses;  Reference: | 2200-000 | | 32.64 | 6,533.37 |
| 01/15/18 | 102 | Ira Bodenstein | Dividend paid 100.00% on $1,413.70, Trustee Compensation;  Reference: | 2100-000 | | 1,413.70 | 5,119.67 |
| 01/15/18 | 103 | Discover Bank | Dividend paid   4.25% on $3,431.75; Claim# 1; Filed: $3,431.75; Reference: 8673 | 7100-000 | | 145.86 | 4,973.81 |
| 01/15/18 | 104 | Quantum3 Group LLC as agent for | Dividend paid   4.25% on $141.76; Claim# 2; Filed: $141.76; Reference: 3539 | 7100-000 | | 6.03 | 4,967.78 |
| 01/15/18 | 105 | NAVIENT PC TRUST | Dividend paid   4.25% on $41,425.87; Claim# 3; Filed: $41,425.87; Reference: 8407 | 7100-000 | | 1,760.67 | 3,207.11 |
| 01/15/18 | 106 | NAVIENT PC TRUST | Dividend paid   4.25% on $33,980.13; Claim# 4; Filed: $33,980.13; Reference: 8415 | 7100-000 | | 1,444.21 | 1,762.90 |
| 01/15/18 | 107 | NAVIENT PC TRUST | Dividend paid   4.25% on $11,414.83; Claim# 5; Filed: $11,414.83; Reference: 8431 | 7100-000 | | 485.15 | 1,277.75 |
| 01/15/18 | 108 | TD Bank, USA | Dividend paid   4.25% on $679.70; Claim# 6; Filed: $679.70; Reference: 1073 Stopped on 02/10/18 | 7100-000 | | 28.89 | 1,248.86 |
| 01/15/18 | 109 | Quantum3 Group LLC as agent for | Dividend paid   4.25% on $3,919.91; Claim# 7; Filed: $3,919.91; Reference: 3852 | 7100-000 | | 166.60 | 1,082.26 |
| 01/15/18 | 110 | Quantum3 Group LLC as agent for | Dividend paid   4.25% on $104.58; Claim# 8; Filed: $104.58; Reference: 1250 | 7100-000 | | 4.44 | 1,077.82 |
| 01/15/18 | 111 | Capital One, N.A. | Dividend paid   4.25% on $29.43; Claim# 9; Filed: $29.43; Reference: 9428 | 7100-000 | | 1.25 | 1,076.57 |
| 01/15/18 | 112 | PYOD, LLC  as assignee | Dividend paid   4.25% on $6,193.93; Claim# 10; Filed: $6,193.93; Reference: 8380 | 7100-000 | | 263.25 | 813.32 |
| 01/15/18 | 113 | Citibank, N.A. | Dividend paid   4.25% on $8,065.13; Claim# 11; Filed: $8,065.13; Reference: 1640 | 7100-000 | | 342.78 | 470.54 |
| 01/15/18 | 114 | Department Stores National Bank | Dividend paid   4.25% on $785.24; Claim# 12; Filed: $785.24; Reference: 3140 | 7100-000 | | 33.37 | 437.17 |

Subtotals :     $6,637.00     $6,199.83

{} Asset reference(s)

Printed: 05/26/2018 09:54 AM    V.13.32

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 17-05576 | **Trustee:** Ira Bodenstein (330129) |
| **Case Name:** GOODEN, DARYA | **Bank Name:** Rabobank, N.A. |
| GOODEN, ANGELA | **Account:** ******1866 - Checking Account |
| **Taxpayer ID #:** **-***5530 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 05/26/18 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/15/18 | 115 | PYOD, LLC, as assignee | Dividend paid  4.25% on $7,826.69; Claim# 13; Filed: $7,826.69; Reference: 5725 | 7100-000 | | 332.65 | 104.52 |
| 01/15/18 | 116 | Synchrony Bank | Dividend paid  4.25% on $1,500.96; Claim# 14; Filed: $1,500.96; Reference: 2610 | 7100-000 | | 63.79 | 40.73 |
| 01/15/18 | 117 | Synchrony Bank | Dividend paid  4.25% on $515.43; Claim# 15; Filed: $515.43; Reference: 2523 | 7100-000 | | 21.91 | 18.82 |
| 01/15/18 | 118 | Synchrony Bank | Dividend paid  4.25% on $281.75; Claim# 16; Filed: $281.75; Reference: 1326 | 7100-000 | | 11.97 | 6.85 |
| 01/15/18 | 119 | Synchrony Bank | Dividend paid  4.25% on $161.21; Claim# 17; Filed: $161.21; Reference: | 7100-000 | | 6.85 | 0.00 |
| 02/10/18 | 108 | TD Bank, USA | Dividend paid  4.25% on $679.70; Claim# 6; Filed: $679.70; Reference: 1073 Stopped: check issued on 01/15/18 | 7100-000 | | -28.89 | 28.89 |
| 02/10/18 | 120 | TD Bank, USA | Ref # 5926700 | 7100-000 | | 28.89 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,637.00 | 6,637.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 6,637.00 | 6,637.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,637.00** | **$6,637.00** | |

| | |
|---|---|
| Net Receipts : | 6,637.00 |
| Net Estate : | $6,637.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******1866** | 6,637.00 | 6,637.00 | 0.00 |
| | **$6,637.00** | **$6,637.00** | **$0.00** |

{} Asset reference(s)

Printed: 05/26/2018 09:54 AM    V.13.32